IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00151-ZLW

LOUIS C. SHEPTIN,

    Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT CONTRACTOR COMPANY,
JEFFERSON COUNTY JAIL,
TELLER COUNTY JAIL,
SHERIFF, Teller County Jail,
NURSE, JANE DOE, Jefferson County Jail,
NURSE, JANE DOE, Teller County Jail,
NURSE PRACTITIONER HEWITT, Teller County Jail,
CPL. SANCHEZ, Teller County Jail, and
NURSE RICCI (Dpt. Morland),

    Defendants.

## ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

Plaintiff submitted a Notice of Appeal on March 17, 2008. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
       X   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
       X   is not submitted
       ___   is missing affidavit
       ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

1

___ is missing required financial information
___ is missing an original signature by the prisoner
___ is not on proper form (must use the court's current form)
___ other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this  19th  day of    March   , 2008.

BY THE COURT:

*s/ Zita L. Weinshienk*

ZITA L. WEINSHIENK, Senior Judge
United States District Court